# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139316

GEORGE K. BAUGHMAN, THEODORE
BILAN, GILBERT P. BURFORD, JOHN M.
DILLON, GEORGE W. LAWLEY,
ROBERT H. LEIDAL, EDWARD A.
LONIEWSKI, MAGGIE MARTIN,
TRUMAN STRONG, GERALD SWIACKI,
and THOMAS L. MEADE,
    Plaintiffs,
and

KENNETH J. FIOTT, PAUL FORTUNA,
KENNETH W. GETSINGER, DENIS J.
HURLEY, EDWARD INGALLS,
WILLIAM KANDILIAN, ROBERT M.
KOCHEVAR, EDWARD M. KNIGHT,
JACK W. LIND, W. B. MILLIKEN,
JOHN G. NATSIS, ROBERT L.
NOWICKI, WALTER B. PETERMAN, JR.,
ART SCHMINA, and LOUIS J.
SPAGNUOLO,
    Plaintiffs-Appellants,
v

             SC: 139316
             COA: 279425
             Wayne CC: 06-624794-CZ

WESTERN GOLF & COUNTRY CLUB,
INC., JIM BROWNE, JOE D'AGOSTINO,
FRANK GUERRO, KEN JUROFF, TIM
LAFFERTY, GARY LOCKWOOD, GLENN
LUKACS, KEVIN MALONE, RICK
SHAFFNER, RUSSELL D'ANGELO,
JIM EATHORNE, TERRY GLISSMAN,
DEAN KOULARAS, DAN LONGEWAY,
MICHAEL A. MAZZONI, RONALD P.
RASHID, KIM RHODABACK, MIKE
SOUTHERLAND, and DAVID J. WRIGHT,
    Defendants-Appellees.
_____/

   On order of the Court, the application for leave to appeal the June 9, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

s1214